# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|         Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-299 |
| | : | |
| HAVERFORD COLLEGE, | : | |
|         Defendant. | : | |

## ORDER

This 27th day of January, 2023, it is hereby **ORDERED** that a hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 4, will commence on Tuesday, January 31st at 1:30 p.m. The hearing will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA, 19106.

                                                       s/ Gerald Austin McHugh
                                                       United States District Judge