IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. No. |
| Plaintiff, | 2:23-cv-00299-GAM |
| v. | |
| HAVERFORD COLLEGE | |
| Defendant. | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant Haverford College in the above-captioned matter.

                  Respectfully submitted,

Date: January 29, 2023        /s/ *Joshua W. B. Richards*
                                     **SAUL EWING LLP**
                                       Joshua W. B. Richards/204315
                                       Centre Square West
                                       1500 Market Street, 38th Floor
                                       Philadelphia, PA 19102
                                       (215) 972-7737
                                       Joshua.Richards@saul.com

                                       *Attorney for Defendant Haverford College*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I did cause a true and correct copy of the foregoing *Entry of Appearance* to be served on counsel of record via the Court's electronic filing system.

| | |
|---|---|
| Date: January 29, 2023 | /s/ *Joshua W. B. Richards* <br> Joshua W. B. Richards/204315 |
| | *Attorney for Defendant Haverford College* |

41089976.1