## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                             :

| | |
|---|---|
| JOHN DOE | :    CIVIL ACTION NO. No. |
| | : |
|           Plaintiff, | :    2:23-cv-00299-GAM |
| | : |
|     v. | : |
| | : |
| HAVERFORD COLLEGE | : |
| | : |
|          Defendant. | : |
| | : |

_____

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendant Haverford College in the above-captioned matter.

Respectfully submitted,

Date: January 29, 2023

/s/ *Levi R. Schy*
_____
**SAUL EWING LLP**
Levi R. Schy/329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7803
Levi.Schy@saul.com
*Attorney for Defendant Haverford College*

41089973.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I did cause a true and correct copy of the foregoing *Entry of Appearance* to be served on counsel of record via the Court's electronic filing system.

Date: January 29, 2023                    */s/ Levi R. Schy*
                                          Levi R. Schy/329199
                                          *Attorney for Defendant Haverford College*

41089973.1