# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 23-299 |
| | : | |
| HAVERFORD COLLEGE, | : | |
| Defendant. | : | |

## ORDER

This 30th day of January, 2023, it is hereby **ORDERED** that the hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 4, is rescheduled to **Friday, February 3, 2023 at 10:00 a.m**.  The hearing will be held in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA, 19106.

    /s/ Gerald Austin McHugh
United States District Judge