IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

JOHN DOE

    Plaintiff,

v.

HAVERFORD COLLEGE

    Defendant.
_____

:
: CIVIL ACTION NO.
:
: No. 2:23-cv-00299-GAM
:
:
:
:
:
:
:

## DECLARATION OF JOSHUA W. B. RICHARDS, ESQ.

I, JOSHUA W. B. RICHARDS, declare as follows:

1. I am admitted to practice before this Court.

2. I am a partner at the law firm Saul Ewing LLP, counsel for the defendant in this proceeding.

3. I submit this declaration in support of Defendant's Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

4. In support of Defendant's Brief in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, I attach true and correct copies of the following exhibits:

 a. <u>Exhibit A</u>: Affidavit of Tom Donnelly

 b. <u>Exhibit B</u>: Affidavit of Danielle Lynch

 c. <u>Exhibit C</u>: The Haverford College Student-Athlete Handbook

I declare that the foregoing is true and correct.

                                                Respectfully submitted,

Date: February 2, 2023                    /s/*Joshua W. B. Richards*
                                                Joshua W. B. Richards
                                                SAUL EWING LLP
                                                1500 Market Street, 38th Floor
                                                Philadelphia, Pennsylvania  19102
                                                (215) 972-7737
                                                joshua.richards@saul.com

                                                *Counsel for Defendant Haverford College*