**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,** : | |
|       **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 23-299** |
| : | |
| **HAVERFORD COLLEGE,** : | |
|       **Defendant.** : | |

**ORDER**

This 6th day of February, 2023, the Clerk is hereby **ORDERED** to place Defendants filings at ECF 13, ECF 13-1, 13-2, and 13-3 under seal.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge