### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** : | |
|         **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 23-299** |
| : | |
| **HAVERFORD COLLEGE,** : | |
|         **Defendant.** : | |

### ORDER

This 7th day of February, 2023, it is hereby **ORDERED** that the transcript from the hearing held on February 3, 2023, shall be **FILED UNDER SEAL**.

                                                      /s/ Gerald Austin McHugh
                                                    United States District Judge