**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,**<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HAVERFORD COLLEGE,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br>**No. 23-299** |

## ORDER

This 8th day of February, 2023, it is hereby **ORDERED** that Defendant Haverford College's Sur-Reply in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 18), shall be **FILED UNDER SEAL**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge