#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|              Plaintiff, | : | |
| | : | **CIVIL ACTION** |
|     v. | : | No. 23-299 |
| | : | |
| HAVERFORD COLLEGE, | : | |
|              Defendant. | : | |

### ORDER

This 14th day of February, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 4, is **DENIED**.

                                                                               /s/ Gerald Austin McHugh
                                                                        United States District Judge