**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 23-299** |
| | : | |
| **HAVERFORD COLLEGE,** | : | |
| **Defendant.** | : | |

## ORDER

This 6th day of March, 2023, this Court having been advised that Plaintiff John Doe intends to amend his complaint, it is hereby **ORDERED** that Plaintiff John Doe shall file an amended complaint on or before March 21, 2023.  Defendant Haverford College shall have twenty-one (21) days from the filing of the amended complaint to answer or otherwise respond.

  /s/ Gerald Austin McHugh
United States District Judge