IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>v.<br><br>HAVERFORD COLLEGE,<br><br>COACH 1,<br><br>CAPTAIN A, and<br><br>STUDENT 1<br><br>          Defendants. | CIVIL ACTION NO.<br><br>No. 2:23-cv-00299-GAM |

### **DEFENDANT HAVERFORD COLLEGE AND COACH 1'S MOTION TO DISMISS**

For the reasons set forth in the Memorandum of Law filed concurrently with this Motion, Defendant Haverford College ("Haverford" or "the College") and Coach 1 (together with the College, the "Haverford Defendants"), move to dismiss with prejudice Plaintiff John Doe's claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. The Haverford Defendants respectfully request argument on this Motion.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>**SAUL EWING LLP** |
| Date: April 11, 2023 | s/ *Joshua W. B. Richards*<br>Joshua W. B. Richards/204315<br>Levi R. Schy/329199<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA  19102<br>(215) 972-7737 (Richards)<br>(215) 972-7803 (Schy)<br>Joshua.Richards@saul.com<br>Levi.Schy@saul.com<br>*Attorneys for Haverford Defendants* |