# Exhibit A



JOHN DOE <JOHN DOE@haverford.edu>

## Re: For I have found that it is a pleasure to have this vicious ailment

JOHN DOE <JOHN DOE@haverford.edu>  Fri, Feb 4, 2022 at 1:59 PM
To:
Cc:



@haverford.edu>

Dearest Goats,

On Thursday, February 3, 2022, our team leadership met to discuss some serious rumors that have been levied against me.  My fellow captains informed me of the allegations existing in the public sphere and the serious nature of these allegations and we had a transparent conversation about these accusations. I was forthright and told them that I thought it would be in the best interest of the team for them to make this decision excluding me. I believe that this is in the best interest of the program for me to no longer be a member of the team.  I am thankful for my experiences on the team and I hope to continue to be able to contribute at a later date.  Effective February 4th at 4:15 PM, I will be resigning from my leadership position and membership on the team until further notice.

Best,
JOHN DOE
--
JOHN DOE
B.A. Candidate in          at Haverford College
Cell Phone:
Email: JOHN DOE@haverford.edu

[Quoted text hidden]
--
JOHN DOE
B.A. Candidate in          at Haverford College
Cell Phone:
Email: JOHN DOE@haverford.edu