# Exhibit B

# HAVERFORD COLLEGE

# STUDENT-ATHLETE

# HANDBOOK

**September 1, 2019**

# TABLE of CONTENTS

**Athletic Department Mission Statement**

**SAAC Statement on Diversity**

**Community Guidelines:  Academics and Athletics**

**Athletic Training and Sports Medicine**
**Sports Information**
**Strength and Conditioning / Fitness Center**
**SAAC**
**Additional Resource Contacts**


**Alcohol Policy**
**Hazing and Initiations**
**Recruit Hosting Policy**
**Socializing on the Internet**
**Sportsmanship**


**Athletic Department Awards**
**Evaluation Process**
**Locker Rooms / Equipment / Laundry**
**Meals and Travel (Fan Buses)**

**Multi-Sport Participation**
**Out of Season Participation**


**Compliance & Eligibility Resources**
- **Please refer to the athletic web site:  Student-Athlete Resources**

## ATHLETIC DEPARTMENT MISSION STATEMENT

Haverford College is a preeminent liberal arts college founded in 1833 by members of the Religious Society of Friends(Quakers) devoted to providing a rigorous, intensely personal undergraduate education. While the College is not formally affiliated with any religious body today, the Quaker values of individual dignity, intellectual vitality and tolerance, upon which Haverford was founded, remain essential to its character. The College's learning environment, based on a rich academic curriculum at its core, is distinguished by a commitment to excellence and a concern for individual growth.  The full resources of the college, in and out of the classroom, are designed to promote the intellectual and personal growth of students and faculty.  Preparing students for a life of leadership and service in a complex, multicultural world is at the center of the College's mission.

Haverford College's Athletic Department is committed to the belief that physical education is an integral component of each student's liberal arts education and offers a wide range of athletic opportunities – **Intercollegiate Varsity Teams, Competitive Club Teams, Intramural Programs, Instructional Classes, and Recreational Activities** –designed to meet the diverse and changing interests of its students body within the college's mission of excellence and individual growth.

### INTERCOLLEGIATE VARSITY PROGRAM

The Haverford College Athletic Department is committed to integrating athletics within the educational mission of the college and creating and supporting a culture of success which encourages and supports each student athlete's pursuit of both academic and athletic excellence.  While maintaining a balance between academic and athletic achievement, each coach seeks to establish a positive competitive environment which will foster the intellectual, physical and personal development of each student athlete based upon the values of sportsmanship, integrity, leadership, trust, respect, loyalty and concern for others.  Policies and personnel reflect the Athletic Department's desire to create an athletic program which will be a source of pride and enthusiasm for all members of the Haverford College Community.

### ROSTER MANAGEMENT

Being a varsity athlete at Haverford College is a privilege and not a right. Varsity coaches have broad discretion in determining the individuals who make up his or her team's active roster. This discretion includes, but is not limited to, removal from the roster at any time. Should you feel that you were removed from the team unjustly, you can submit an appeal to the director of athletics.

### CLUB SPORT PROGRAM

The Haverford College Athletic Department will work collaboratively with Student Activities to provide facilities and guidance in order to facilitate the students' training and competitive goals at the club level.

### INTRAMURAL,  INSTRUCTIONAL and RECREATIONAL PROGRAMS

The Haverford College Athletic Department will provide facilities, guidance, instruction, and other resources to create, support, and maintain a broad based offering of programs to promote the health and fitness needs throughout Haverford's student, faculty, and staff community.  The Haverford College Athletic Department will encourage each student's involvement in physical activities in order to promote and establish a foundation for a lifelong commitment to and involvement in fitness and health.

<span style="color:red">**SAAC STATEMENT ON DIVERSITY**</span>


Following the Honor Code's ideals of trust, concern and respect, we as student-athletes will create a community invested in diversity across differences of race, sexual orientation, gender and religion.  We will maintain an open and safe environment by making Haverford community members and beyond feel respected on and off the field.

## COMMUNITY GUIDELINES on ACADEMICS and ATHLETICS: as of 7.17.2012

For student-athletes, the opportunity to pursue both academic and athletic excellence is a central part of life at Haverford. Student-athletes, together with their teammates and coaches, work hard to excel in their sport, and often this dedication complements and enriches academic pursuits.  However, it is also a challenge to balance the time demands of both academics and athletics, and conflicts may arise that require the thoughtful attention of all involved -- student-athletes, faculty, the director of athletics, the Faculty Athletic Representative (FAR) and coaches -- in order to be resolved effectively.  Due to many factors -- facility availability, conference scheduling requirements, the scheduling of special academic events, etc.-- scheduling conflicts between academics and athletics are an unavoidable reality of campus life at Haverford. The following document, the product of a collaborative effort on the part of FAPC and the Athletics Department, is intended to provide all constituencies with a uniform and consistent set of guidelines for navigating the balance between academics and athletics at Haverford College.  Our aim with these guidelines is to provide all parties involved with a commonly shared and principled resource to guide them when conflicts of various forms arise between academics and athletics.  As articulated below, these guidelines deal with three specific areas-- class choice, conflicts between classes and competitions, and conflicts between 4 and 7 pm.  The guidelines also address the important role of the FAR as the steward of these guidelines.  These guidelines are not a set of rigid rules but rather a set of general principles that are designed to maintain a certain level of flexibility in working out conflicts and to foster good communication and collaboration among faculty members, coaches, and students-athletes. There are two overarching principles running through these guidelines that transcend the specific concerns:

- First, these guidelines are intended to support student-athletes in their pursuit of excellence in both academics and athletics, while also helping to maintain the clear understanding among all members of the community that academics are our top priority and stand as the central mission of the College.
- Second, it is the responsibility of the student-athlete to always bring scheduling conflicts to the attention of faculty and/or coaches as early as possible in order to arrive at mutually acceptable and appropriate solutions. Student-athletes are expected to approach conflict resolution maturely, and all groups should understand that high-level extracurricular participation often involves difficult choices with unavoidable consequences. For faculty and coaches, the director of athletics and the FAR should always be considered the "go-to" points of contact when negotiations around academic-athletic conflicts become complicated or difficult, in order to foster maximum consistency and fairness in how such situations are handled.

## I. Class Choice, Academic Planning, and Advising

Following the central principles above, student-athletes, coaches, and faculty should work together to ensure that athletic scheduling concerns do not compromise a student-athlete's planning and pursuit of their academic goals (e.g., choice of major and class choice).  While consideration of scheduling concerns is inevitable and expected for student-athletes in certain specific circumstances (see below), it is also important for student-athletes to make academic decisions independently of athletic considerations as much as possible.

    A. <u>Choice of major</u>: Student-athletes are encouraged and advised to choose their majors, minors, and concentrations based on their academic interests and career plans as opposed to scheduling concerns, and no student-athlete should be advised against choosing a major based on possible scheduling conflicts with athletics.

    B. <u>Class choice and competition schedules</u>: Competition scheduling should not stand in the way of a student's taking a particular course, particularly one that is important to one's chosen academic program.  For classes important to a student's program with a single meeting time, conflicts between competitions and practices should be negotiated (see below).  On the other hand, where multiple scheduling options are available (i.e. alternate semester offerings, multiple class sections, or lab sections), it is legitimate and even encouraged to use one's competition schedule to choose classes, in order to avoid classes in which an unacceptable number of sessions would have to be missed to attend competitions.  This is especially true in the case of selecting a lab section; with

labs it should be kept in mind that in many cases labs cannot be made up on alternate days, and the ability to do make-up lab work is at the discretion of the instructor and should not necessarily be expected by students.

C. Class choice and practice schedules: Student-athletes should avoid choosing their classes based solely on their practice schedules. Classes that run until 4 pm at Haverford should not be systematically avoided for the sole purpose of getting to practice; coaches often start practice at a time that allows for transition (4:15 or 4:30), with the general understanding that there are almost always team members who will be arriving late due to academic commitments. However, it is important to note that classes at Bryn Mawr and Swarthmore that are scheduled later in the day may be treated differently in this regard, as differences in academic scheduling across campuses and travel time between campuses may pose unreasonable difficulties. Finally, classes should not be chosen based on assumptions about special practice schedules (e.g., during the month of February for Spring sports); during the pre-registration period at the start of semesters, it is important that students be able to freely consider class options without constraints from projected practice schedules either coincident with that period or later in the semester.

D. Academic advising: Academic advisors and their student-athlete advisees are encouraged to discuss the issue of academic and athletic scheduling openly, so that constructive and well-thought out choices are made that do not compromise the student's pursuit of their academic goals and interests. In general, the procedure should be for advisors to first work with students to choose programmatic goals, and then work towards addressing any conflicts that might arise in pursuing these goals. With clear up-front communication in advising, student-athletes may be better prepared to talk to professors and coaches about potential conflicts far in advance, and faculty advisors and student-athletes together can maintain focus on academic goals when setting class schedules. While the faculty provides formal academic advising for students, coaches also play an important informal advising role in their often daily contact with their student-athletes. It is important that faculty and coaches are consistent in how students are advised.

E. Internships and other opportunities: Haverford students have a large array of opportunities available to them to expand and enrich their student experiences. These include internships (often sponsored by the Centers), study abroad, service- or research-oriented summer experiences, and a broad spectrum of other possibilities often pursued by student-athletes during the academic year, during breaks in the academic calendar, or during the summer. Student-athletes are encouraged to make the most of these opportunities and to fully investigate the possibility of engaging in these sorts of activities, even when scheduling conflicts may be present. On occasion, these experiences may require a student and their team to be flexible about athletic obligations like preseason and non-traditional segment practices. The entire Haverford community is committed to providing and supporting that flexibility to help enrich the experiences of all students through their participation in these experiential programs.

## II. Conflicts Between Classes and Athletic Activities (competitions, practices)

An issue of central importance is how we deal with athletic contests that conflict with class sessions.

A. Classes and practice: Classes should never be missed or left early for practice.

B. Missing classes for competitions: All parties should work to minimize the number of class sessions missed for competitions. A relatively small number of absences should be acceptable to faculty. The exact number of class sessions that is reasonable to miss depends on several factors and should be negotiated between the faculty member and student at the beginning of the semester. Factors affecting the number of acceptable sessions include the nature of the session (i.e. discussions and labs are not always possible to "make up" in the same way that lecture courses are) and the number of times the class meets per week (missing even one once-a-week class is usually problematic). Faculty are strongly encouraged to work with students to find mutually agreeable solutions when classes are missed, and student-athletes are encouraged to be proactive and seek out their professors during office hours in order to stay on top of missed course material. However, it should also be noted that it is not the professor's explicit responsibility to help student-athletes "make up" class time beyond their regular office hours. Therefore, student-athletes are advised to consider the potential challenges of taking a class in which several class sessions might be missed. Students who miss class for competitions have a minimized ability to miss additional classes for other reasons (i.e. sickness).

C. <u>Missing competitions for classes</u>: Just as students miss classes for competitions, it may be appropriate, under certain (relatively rare) circumstances, for a student-athlete to miss a competition in order to attend a class or lab. This would be especially critical a) in the case of a student whose grade is suffering due to having missed several class sessions, b) when several sessions will be missed which are impossible to make up (such as with a lab or a once-a-week seminar), and c) when a student informs the professor of the conflict at the last minute despite prior awareness of both schedules. If a faculty member feels that it may be appropriate for a student to miss a competition in order to attend a class or other session, they should communicate these concerns to the athletic director and the FAR so that a collective decision can be made and the student-athlete advised appropriately. In the case of situations that are anticipated well ahead of time, student-athletes should work closely with professors and coaches to come to mutually acceptable decisions regarding which competition(s) will be missed to attend class.

D. <u>Pro-active communication</u>: Good communication around this issue is absolutely critical -- students should always communicate with the professor in person as early as possible in a semester to negotiate anticipated absences due to competitions. Student-athletes whose sports will be in season during a semester are expected to address this issue with their professors within the first two weeks of class.  All known conflicts should be discussed as well as the possibility of conflicts that could arise over the course of the athletic season.  Likewise, faculty should be clear and consistent in their syllabi and from the beginning of a semester about their expectations and concerns. Faculty should also be as explicit as possible at the beginning of a semester (or otherwise as far in advance as possible) about required non-class events like field trips, outside speakers, film screenings, other experiential class components, etc. Faculty are especially encouraged to contact the athletic director directly if anticipating special academic conflicts that may arise during times often used for athletic contests (Saturdays, for example). In especially complicated situations, faculty and coaches are encouraged to speak to the FAR and director of athletics directly rather than rely solely on student-athletes to shoulder the burden of communication.

E. <u>Athletic scheduling</u>: The athletic department, with the FAR's occasional input, works to optimize how departure times for away competitions and preparation time for home competitions affect class attendance.  Wherever possible, departure times are chosen to minimize class conflicts.

F. <u>Warm-up for home competitions</u>: Pre-game warm-up periods and visits to training staff before competitions are important to the health and performance of athletes, and this can add an extra time constraint for athletes participating in home competitions.  If these activities conflict with classes, students should be open and proactive about discussing and negotiating any additional time constraints with course instructors, and instructors should be ready to openly address these additional possible conflicts (especially with athletes who may need pre-game treatment for injuries).

G. <u>First week of classes</u>: Before students' academic schedules are finalized at the start of a semester, classes should not be missed for contests, and early-semester contests are scheduled with this in mind.

## III. Academic Events Between 4 and 7 pm

For several reasons including athletic considerations, classes are usually not offered between 4pm and 7pm.  Most activities during the week required of active student-athletes occur during this time period.  However, some weekday athletics events are scheduled to start earlier than 4 pm due to travel and light considerations. Afternoon laboratory sessions will on occasion keep students in the lab past 4 pm in order to complete the day's activities.  It is also the case that academic departments often schedule special academic events such as guest speakers and talks by job candidates between 4-7pm.  While attendance at these special events (talks, symposia, etc.) is usually not absolutely required for students, these special events are of vital importance to the intellectual life of the College.  For each of the reasons above, 4 pm is a "gray" dividing line and does not function as an absolute cutoff between academic and athletic activities.  Below are several guidelines for all parties to consider in helping student-athletes negotiate conflicts between their athletic activities and other events occurring after 4 pm, in order to maximize their overall experience as both students and athletes:

A. Avoiding required class activities between 4 and 7 pm: Many non-academic activities in college life, including athletics but also many other activities, are intentionally scheduled between 4-7 pm.  Classes are not scheduled during this time according to the faculty handbook.  Faculty are expected to be respectful of this formalized statement and to make every effort to avoid scheduling any extra required academic sessions, such as recitations, required thesis meetings, and make-up classes, between 4 and 7 pm.  Additionally, instructors should end class promptly at 4 pm so that students are able to get to their other activities in a timely fashion.  Students' participation in afternoon labs may run late when needing extra time to complete their lab activities, but labs are not in general planned to run beyond 4 pm.

B. Guest speakers and special academic events: Guest speakers offer students special opportunities for experiences that cannot be gained in the classroom and can be critical to students' scholarly growth and long-term academic and career plans. Particularly for juniors and seniors, departments have legitimate expectations of their majors beyond attendance and performance in classes, and occasionally this will involve attending talks between 4 and 7 pm or at otherwise conflicting times. Students should always feel comfortable asking their coaches to miss practice to attend special events, especially speakers within one's major department and/or associated with a particular class the student is taking.  With enough advance warning, every effort should be made on the part of coaches to accommodate such requests.

C. Scheduling special academic events outside of 4-7 pm: Faculty members, academic departments and other programs that host speakers should strongly consider times outside the 4-7 pm time slot (or at least after 6 pm) in order to achieve greater variability in the campus schedule of academic events.  Additionally, academic departments should attempt to communicate speaker schedules as early as possible so that student-athletes have ample time to negotiate conflicts. Events directly connected to classes should be listed in the course syllabi if at all possible. Hosts of special events that might cause conflicts for several student-athletes are encouraged to communicate with the athletic director about the best way to resolve such conflicts. Every effort should also be made to videotape speakers; however, watching the video does not usually fully make up for actual attendance at the event.

D. Search talks: Talks between 4 and 7 by candidates for faculty positions are especially important with respect to adequate student participation in the hiring process. Student-athletes should work as hard as possible to participate in this process if the opportunity arises in their major or academic program.

## IV. Mutual Participation and Appreciation

There are a variety of different activities and events (academic, athletic, and extra-curricular), occurring each day at Haverford College, and time constraints and conflicts are an inevitable part of campus life for everyone. Acknowledging these time constraints, faculty should note that their attendance at home competitions is both encouraged and greatly appreciated by students-athletes and coaches. Likewise, coaches and team members are encouraged to attend academic events that are milestones in athletes' academic growth, such as senior thesis presentations, poster sessions, art showings, etc. Such "cross-over" participation and recognition of student accomplishment by faculty, coaches, and peer athletes can deepen relationships, strengthen our community, and lead to an augmented academic and athletic experience for students.

## V. Important Institutional Officers and Their Roles

Since much of Haverford community life is transacted through direct personal contact, the success of these guidelines depends on developing and maintaining relationships and keeping open lines of communication between all parties.  A unified and clearly communicated approach between faculty and coaches to any conflicts is especially important to support and guide students' own choices.  While direct contact between faculty and coaches is encouraged, several important community members fall at the center of interactions between athletics and academics; the most visible and central are the Faculty Athletic Representative and the Athletic Director.

A. Faculty Athletic Representative.  The FAR is a tenured (note: depends on approval of FAPC proposal to the faculty) faculty member appointed by Academic Council each academic year in consultation with the Athletic Director and fills an NCAA-mandated role with very few NCAA-defined duties.  However, the Haverford FAR has several important roles clarified through continuing discussions about the relationships between athletics and academics. The FAR is the steward of these community guidelines and will work to ensure that all associated parties are aware of them and are following them.  When further community discussion around these issues is needed, the FAR will organize and mediate the discussion.

> 1. The FAR serves as a liaison for the faculty to athletics; faculty are especially encouraged to direct concerns or questions regarding athletics to the FAR, who meets regularly with the Athletic Director.
> 2. The FAR serves as a liaison for athletics to the faculty.  Coaches are encouraged to use the FAR as a resource to communicate with specific faculty or the faculty in general.
> 3. The FAR orients new student-athletes to these guidelines and to the expectations of the faculty.
> 4. The FAR and Director of Athletics orient new faculty to these guidelines and to "best practices" contained herein.
> 5. The FAR can serve as a mediator (sometimes in consultation with the Athletic Director) between faculty, students, and/or coaches to contextualize and negotiate particularly difficult academic-athletic conflicts.
> 6. The FAR maintains a highly visible presence for both the students and the faculty, through orientation activities and through attendance at a variety of academic and athletic events.

B. Athletic Director.  The Athletic Director reports to the Dean of the College and oversees the athletic program. All constituencies are encouraged to contact the AD at any time with concerns about any aspects of athletics on campus.

C. Faculty Liaisons to teams.  Starting in 2009-2010, each team has a designated faculty liaison. The faculty liaison can serve an important role as a link between the coach and faculty and as an informal advisor to team members.  The faculty liaison role is self-defined and allows maximum flexibility for faculty to engage in a limited or extended role with team members.  Any faculty member interested in becoming a faculty liaison should contact the Director of Athletics.

**Appendix**

**Proposed text for Faculty Handbook (proposed May 2012, for action Sept. 2012:**
The Faculty Athletic Representative (FAR) is a faculty member, at the level of associate or higher, appointed yearly by Academic Council in close consultation with the Athletic Director to fill an NCAA-mandated position. The Haverford FAR has several roles and responsibilities related to supporting and facilitating the relationship between academics and athletics (see The Community Guidelines for Academics and Athletics for a detailed description).  Most importantly, the FAR acts as the steward of The Community Guidelines for Academics and Athletics and will work to ensure that all associated parties are aware of them and are following them. In addition, the FAR serves as a liaison, both for the faculty to athletics and for athletics to the faculty.  Some of the specific responsibilities of the FAR include orienting new student-athletes, coaches, and faculty to the spirit and details of the Guidelines, helping to mediate the resolution of scheduling conflicts between athletics and academics, and meeting with the Athletic Director on a weekly basis to discuss ongoing and emergent issues. The FAR reports on a yearly basis to the Provost, EPC, and the Athletic Director the activities of the prior year and any outstanding issues for community discussion during the following year.

## Athletic Training and Sports Medicine

**Staff** – Haverford employs two full-time certified athletic trainers:

**Curt Mauger**, ATC
Head Athletic Trainer
(610) 896-1425 / cmauger@haverford.edu

**Melissa Cruice**, ATC
Assistant Athletic Trainer
(610) 896-1124 / mcruice@haverford.edu

Haverford's athletic training staff works under the supervision of the school's Orthopedic Consultant, Dr. Lawrence S. Miller.  Final return-to-play decisions are made by the certified athletic trainers after consultation with the treating physician.

**Athletic Training Room Hours** – The Athletic Training Room is open Monday through Friday 1:00pm-7:00pm and weekends depending upon the varsity athletic schedule.  Morning hours are available by appointment. Athletes who are not in-season should make an appointment with one of the certified athletic trainers or use the early afternoon hours.  The Athletic Training Room is a co-ed facility; all athletes should dress and behave accordingly.

**Reporting Injuries** – Any injury that is suffered during participation in varsity athletics at Haverford should be reported to the athletic training staff immediately.  The athletic training staff will assess the condition and make appropriate referrals, when necessary. An injury that is not reported in a timely fashion may not be eligible for coverage by the athletic department's secondary insurance. An athlete that sees an office campus physician should bring back written instructions regarding their ability to participate in their sport. Not providing this documentation may delay their return to participation.

**Secondary Insurance Policy** – The athletic department maintains a secondary medical insurance policy for athletes on intercollegiate varsity teams.  Bills that result from injuries that occur during games or practices must first be processed by the athlete's primary health insurance company.  If that company denies or pays only a portion of the expenses, the bill can then be submitted to Haverford's athletic insurer. This submission requires the completion of a claim form and submission of both itemized bills from the provider and an explanation of benefits from the athlete's primary insurance company.  The Haverford policy will cover only injuries that are suffered directly through participation in a varsity sport. Bills that are accrued without the knowledge of the athletic training staff may not be covered.

**NovaCare Rehabilitation –** Haverford College has developed a relationship with NovaCare Rehabilitation. The rehabilitation of athletic injuries (particularly season-ending or post-surgical cases) may be coordinated with a NovaCare Rehabilitation physical therapist and the secondary insurance policy that is held by the athletic department.  This relationship provides Haverford with on-campus access to both a physical therapist and a certified athletic trainer.

**Jaye Mitchell**, ATC
Athletic Trainer
(610) 795-6500 / jmitchell1@haverford.edu

**Joseph Crawford,** PT
Physical Therapist
(610) 356-6211 / jdcrawford@novacare.com

# Sports Information

**Staff** – Haverford College employs two full-time Sports Information Directors:

### Justin Grube
Sports Information Director
610 – 896 – 1042
jgrube@haverford.edu

### Curran McCauley
Assistant Sports Information Director
610 – 896 – 1121
cmcauley@haverford.edu

### Sports Information Directors

Haverford's Sports Information Directors (SIDs) work with the Athletic Department in sending news of Haverford athletes to newspapers and other media in the Philadelphia region and in the student's home area. At the beginning of each season, team members fill out a publicity form which lists the media they wish informed of their achievements. Suggestions by team members concerning press releases will be welcomed by the coaches, the Director of Athletics or the SIDs. The SIDs hire students to help compile statistics and reports and to call game results to media. The SIDs are also responsible for the nominating of all weekly and postseason honors along with the maintenance of historical and statistical data.

### Scoreline

Scoreline is an athletic e-mail maintained by the Athletic Department which sends out bulletins during the academic year with results and highlights of recent games and releases on matters of interest. It is an especially good way for alumni, parents and/or friends to keep track of how teams and players are doing. There is no charge for this service; simply sign up on the athletic web site

### Web Pages

Haverford's athletic website can be found at  www.haverfordathletics.com.  The web site is updated with the latest Haverford athletics news, scores, and records for all 23 of Haverford's varsity programs. The web site also features links to live stats when available and archived video and audio web casts.  Specific questions or concerns regarding the web site should first be brought up to your head coach. The coach will coordinate with the Sports Information Directors to resolve any specific issues regarding the web site.

## **Strength and Conditioning / Fitness Center**

**Staff** – Haverford College employs two full-time Strength and Conditioning Coaches / Fitness Center Directors:

**Nicky Miranda '14**
Strength and Conditioning Coach / Fitness Center Director
610 – 795 – 7014
nmiranda1@haverford.edu

**Taylor Weiss**
Assistant Strength and Conditioning Coach / Assistant Fitness Center Director
610-896-1164
tweiss1@haverford.edu

Haverford's Strength and Conditioning Coaches work with varsity athletic teams in developing an all-inclusive strength, speed, agility and conditioning program appropriate for the sport specific needs of each athlete. An important role as the Fitness Center Director is to maintain the working environment of the center. This includes improving equipment and room decor, developing adherence programs for all members, teaching fitness classes and providing orientation sessions. The Fitness Center Director is also in charge of hiring and training well-qualified student workers and interns who will have direct daily contact with all members of the Haverford community who visit the Fitness Center.

## Haverford College Student Athlete Advisory Committee (SAAC)

**Mission Statement:**
The Haverford College Athletic Association (SAAC) is the college's student-athlete advisory committee – an organization of student-athlete leaders who represent the best interests of the student-athlete experience at Haverford College, within the Centennial Conference and within the NCAA Division III.  The SAAC is dedicated to promoting excellence in academics and athletics, sportsmanship, citizenship and volunteerism while serving a liaison function between the college's student athletes and the athletic administration.

**Athletic Department Liaisons:**
Dave Beccaria, Baseball Coach
Jamie Gluck, Women's Soccer Coach

**Executive Committee:**
Updated List available on the SAAC Web Site

**SAAC Team Representatives:**
Team Captains

**Meetings:**
Meetings will be held on a monthly basis to discuss pertinent topics and ensure the entire athletic community is aware of the issues being discussed at the administrative and student athlete level.

**Community Service:**
Each Team is expected to appoint a community service representative who will report the team's service activities to SAAC's athletic department liaison.  There is an expectation of at least one activity per year per team.  SAAC will also combine efforts of the entire department and broader Haverford Community for at least one large project per year.

**Web Site:**  www.haverfordathletics.com/information/saac/index

## Additional Resource Contacts

**Center for Career and Professional Advising(CCPA):**
 The best way to discover your career interests is simply to talk to people and to dive into real work experiences. The CCPA has many wonderful resources available including internship opportunities, an extern program and a variety of career programs. Check the web regularly for special events and internship and job postings.  As you contemplate the big question of what to do with you life, take advantage of one of the best resources, the CCPA has to offer....its staff!! Counselors are available to provide you with the support and the essential information you need to assess your skills and abilities, evaluate your career choices and make decisions that will ultimately help you achieve your goals.  A full listing of services can be found on the web site.  The CCPA is located in Stokes room 300 and can be reached by dialing 610-896-1181.

**Counseling and Psychological Services (CAPS):**
 Services are available without charge to all full-time Haverford students. CAPS is located in Stokes and is open Monday through Friday from nine to five. Appointments are usually made with the secretary by calling 610-896-1290. For more information please visit their web site at www.haverford.edu/caps/

**Marilou Allen Office of Service and Community Collaboration (OSCC):**
 If you are looking for community service ideas, the OSCC provides opportunities for Haverford and Bryn Mawr Students to become involved in the larger community.  The organization also supports and facilitates both student-run projects and individual endeavors involved in community service.  For more information, please contact Emily Johnson, program Coordinator, or visit the web site: https://www.haverford.edu/service The Office is located in Stokes.

**Faculty Athletic Representative:**
 Under NCAA Guidelines, the College appoints a Faculty Athletic Representative (FAR). This individual maintains liaison between the faculty and the Athletic Department, advises the President and Athletic Director on all matters which have academic implications, and is available for consultation by athletic staff on a wide variety of issues.  Since this position rotates frequently, please check the on line directory for the most up to date information.

**Health Services:**
 Student Health Services provides health promotion, education and medical care to all registered students who have completed their medical records forms.  Located in Morris Infirmary, Health Service Professionals can be reached by calling 610-896-1089.  A full listing of services and hours can be found on their web site: www.haverford.edu/healthservices/

**Office of Academic Resources (OAR):**
 The Office of Academic Resources offers students an array of services designed to enhance their academic potential and supplement the many academic and enrichment opportunities already available to them through their course work and research at Haverford College. http://www.haverford.edu/oar/

**Substance Abuse Educator:**
 Are you concerned about your alcohol or other drug use or that of a friend or a loved one?  Is your alcohol use affecting your ability to perform at peak levels?  Do you ever struggle with how to avoid drinking alcohol or drinking more than you think you can handle?  Are you interested in finding out more about alcohol and other drugs and making healthy decisions about your use?  To get help with answers to any of these questions or other alcohol and/or drug related concerns, contact Joye Shrager, Substance Abuse Educator. Students and Staff are welcome to drop in to the Morris Health Center or call the Health Center's receptionist at 610-896-1089 to set up an appointment with Joye.  You may also contact Joye via e-mail (jshrager@haverford.edu) to ask questions or set appointments. All contact with Joye is held in strictest confidence.

**Title IX / Sexual Misconduct (including Sexual Assault):**
 For more information regarding Haverford College's policies, rules and resources regarding Title IX and sexual misconduct (including sexual assault) please refer to the office of the Dean of the College's web site.

# Athletic Department Alcohol Policy

Heavy or regular use of alcohol is inconsistent with participation on a Haverford College athletic team.

1. Team trips must be completely alcohol-free.  No use or possession of alcohol in hotel rooms or in College vehicles at any time.

2. Students who are arrested, who take part in vandalism, or who are charged with major violations of the Honor Code, Haverford Alcohol Policy or team policies are subject to sanctions affecting their athletic participation whether or not the offenses occur in-season. Public intoxication or public use of alcohol by underage students is a violation of these policies.

3.  Use or possession of illegal drugs at any time by students on athletic trips or in violation of college rules is grounds for immediate and permanent suspension from athletics.

4. Parties, often an important component of a positive team experience, are subject to all College policies including those related to alcohol.  Alternative beverages must be provided.  No team function may violate laws or Haverford College Alcohol Policy. Pressure on other students to consume alcohol is forbidden as are violations of college policy involving vandalism, fighting, or disturbance.  Such behavior can result in the loss of athletic eligibility for individuals and/or teams.

5.  Serving alcohol to or buying alcohol for an underage teammate does violate the law and subjects the Student-Athlete to legal liability.  Publishing pictures of underage drinking in any medium, including Facebook, Twitter, Instagram, Snapchat, myspace.com, etc. exposes offenders to the full extent of the law.

6.  Each team may adopt more detailed or stringent policies than those described above.  These must be approved by the Director of Athletics prior to the beginning of each season.

Violation of these expectations may result in individuals losing the privilege of representing Haverford athletically or, if a large segment of a team is involved, sanctions against the team and at its extreme the cancellation of a season.  The college disciplinary process may impose further sanctions if deemed appropriate.

# Hazing and Initiations

## Haverford College Anti-Hazing Policy

Hazing is defined as "any act committed against someone joining or becoming a member or maintaining membership in any organization that is humiliating, intimidating or demeaning, or endangers the health and safety of the person.  Hazing includes active or passive participation in such acts and occurs regardless of the willingness to participate in the activities!  Hazing creates an environment/climate in which dignity and respect are absent; any action or situation created intentionally, whether on or off campus premises, to produce mental or physical discomfort, embarrassment, harassment, or ridicule."

Hazing is – Any action taken or situation created intentionally:
- that causes embarrassment, harassment or ridicule
- risks emotional and/or physical harm
- to members of an organization or team
- whether new or not
- regardless of the person's willingness to participate


To help clarify whether or not a team activity is hazing, consider the following questions:
- Would I feel comfortable participating in this activity if my parents were watching?
- Would I get in trouble if the Dean of Students, Athletic Director, President, Provost, Faculty Member or any other member of the Haverford community walked by?
- Am I being asked to keep these activities a secret?
- Am I doing anything illegal?
- Does participation violate my values or those of Haverford College?
- Is it causing emotional distress or stress of any kind to myself or others?
- Is there a risk of injury or question of safety?
- Would I object to the activity being photographed for the school newspaper or filmed by the local television news crew?
- Is alcohol involved?

Even if there is no malicious intent, safety may still be a factor in traditional hazing activities that are considered "all in good fun."  **In states that have laws against hazing, such as the state of Pennsylvania, consent of the victim cannot be used as a defense in a civil suit.**  Consent is not a defense because a participant's agreement to participate in a potentially hazardous activity may not be true consent when considering peer pressure and the desire to be part of a group.

The Anti-Hazing Law of Pennsylvania states that any person who causes or participates in hazing commits a misdemeanor of the third degree.  It also includes the willful destruction or removal of public or private property in its definition of hazing.

Aside from the legal aspect of hazing, the College believes that hazing is contrary to the Quaker values of individual dignity and tolerance upon which Haverford was founded.

Individuals found guilty of hazing may be placed on probation, suspended or dismissed from a team.  Likewise, teams may be placed on probation, have a season suspended, or be disbanded. Other penalties also may be appropriately issued.

If at any time you feel you are a victim of hazing or in any way feel harassed you are strongly encouraged to speak to a College or Athletic Department Administrator.

# <u>Hosting Recruits</u>

A recruit's visit to campus is an integral part of Haverford's athletic recruiting process.  A recruit's visit should allow the prospective student athlete the opportunity to evaluate as many of the academic, athletic, and social aspects of Haverford College as possible in order to make an informed decision as to the best school for him/her.  The visit, in turn, provides coaching staff members and currently enrolled student-athletes with an opportunity to evaluate the prospective student-athlete's interest in Haverford and future teammates.  Be the ideal host; the recruit is our guest and we are responsible for them while they are here.  In order to ensure a positive outcome for any visit the following policies should be observed to allow compatibility with departmental and college expectations.

Use of alcohol is prohibited.  All prospective student athletes should be notified that consumption of alcohol may jeopardize their chance for admission.  Your furnishing of alcohol will result in disciplinary action from your coach and could subject you to legal ramifications for supplying alcohol to a minor.

Do not leave a prospective student–athlete unaccompanied.  They should be with you or another responsible member of your team at all times.  If they are not with you, you should know how to contact them if needed.

Do not transport prospective student-athletes in your or a friend's car.

The host should make every effort to ensure that a recruit has a good time without letting things get out of hand or become illegal.

Security should be contacted immediately if a host feels a recruit's health could be in danger.

# Socializing on the Internet

*Anything you wouldn't stand up in the campus quad and shout or put on a poster on the dorm room door should not be used in a Facebook.*
*--Bill Smith, Associate Athletic Director, University of Arkansas*

Lack of discretion in online postings does have real consequences for the students involved.  For example:

- In March 2006, perpetrators used MySpace to get acquainted with a woman.  The police later arrested six men connected to her rape and robbery.

- Ohio State students posted self-incriminating pictures of themselves online, which identified them as members of the group who charged the field after a football game.  With conference fines to the institution reaching $25,000 for playing area incursions by fans, it is expected that the guilty individuals will be pursued online.

- Photographs posted by dozens of college and university team hazing events resulted in the suspension/cancellation of entire seasons for multiple teams and college sanctions against individuals involved

- Police and secret service have gone to campuses to investigate illegal activity highlighted on certain on-line social networks

- Recruiters for businesses and personnel departments regularly search Internet profiles for information on the people that they seek to hire.  Boasts of sexual prowess, recreational drug activities, and extreme political and personal statements may factor into the hiring process.

- 43% of coaches nationwide stated that they have disciplined student-athletes on their teams for what they have posted or what's been posted of them on various social media platforms.

**While online communities such as Facebook, Twitter and Instagram are important in helping students at Haverford and other schools connect to explore and celebrate specific interests, please use discretion when posting personal information on the Internet since these on line social networks present some serious risks to individual students as well as to the college you represent.  Be aware of the following:**

- When posting information to the internet, there is no assurance as to who does and does not have access to your information.

- Information posted on the web may remain there even after the information has been deleted from a profile or blog.  Once posted, it is eternally available. Everything you post is recorded – "cached" in computer terms – so that something that might appear for only a day or two before being pulled is never really deleted

- Future employers, graduate schools, and other organizations may consider information posted on the web in making decisions about employment, admission, etc…

- Anyone with an @haverford.edu email address may gain access to the Haverford Facebook.com community, including photographs.  Use the settings feature on these sites to limit who can access your information.

- By agreeing to the terms of use, a student grants permission to the online community to republish the student's content in other locations and share information with third parties, advertisers, and law enforcement.  In addition, the student is guaranteeing that he is the sole owner of the material posted, and if not, is liable for any copyright violations.  The student also signs over privacy rights to the use of the data collected in marketing.

- Facebook collects information about the student from other sources, including newspapers and instant messaging services.  This information is gathered regardless of the use of the website.

**Helpful Suggestions to Socialize Safely on the Internet:**

- Avoid posting phone numbers, address information, or any other personal information that could be used by someone to stalk or harass you.

- Avoid posting information about your whereabouts

- Be selective with the content you post

- Make sure that any text and/or images on these Web sites are appropriate and legal as determined by personal standards, Haverford College policies and/or local, state and federal laws.  i.e. under age drinking, use of illegal drugs, binge drinking, hazing or initiations

- Photos and/or comments posted on these sites should not depict negative team-related or college identifiable activities i.e. comments about team drinking, even if over 21 or wearing Haverford team gear while engaging in activities that would reflect poorly upon the college, a team and/or one's teammates

- Be advised that you should seek permission to post information and photos of other people and they should likewise seek permission to post information and photos of you

- Make sure you do not post slanderous or libelous information about others since it is subject to the same legal standards for libel or defamation of character.

- Be aware that information posted is available to anyone with Internet access, including potential employers who have begun searching on-line social networks as part of their background checks for hiring practices.  In the real world, people lose jobs and/or are passed over for employment over blogs and internet postings – there are ways around limited profile access settings

- Event invitations should not mention alcohol or an address – they are not always private and friends can invite friends.

**13.02.11 Electronic Transmissions.** Any electronically transmitted correspondence (e.g., electronic mail, Instant Messenger, private communication through social networking site, text messages or facsimiles) may be sent to a prospective student-athlete (or their parents or legal guardians) provided the communication is private between only the sender and recipient (e.g., no use of public chat rooms, message boards, public communication through a social networking site). An enrolled student-athlete may send private electronic correspondence (e.g., electronic mail, Instant Messenger, private communication through social networking site, text messages or facsimiles) to a prospective student-athlete for recruitment purposes.

# **Sportsmanship**

**" conduct (as fairness, respect for one's opponent, and graciousness in winning or losing) becoming to one participating in a sport."**
(Webster's Dictionary)

All Haverford College student-athletes are asked to represent their team, the athletic department, and College in a manner that reflects positively on all student-athletes.  Haverford encourages all student-athletes to support their fellow student-athletes whenever possible but not to have their behavior as fans detract from the accomplishments of or shift the focus from those athletes who are competing.

### **Centennial Conference Sportsmanship Statement**

"The Centennial Conference promotes good sportsmanship by student-athletes, coaches and spectators. We request your cooperation by supporting the participants and officials in a positive manner. Profanity, racial or sexist comments, or other intimidating actions directed at officials, student-athletes, coaches or team representatives will not be tolerated and are grounds for removal from the site."

### **From the NCAA Principle of Sportsmanship and Ethical Conduct**

For intercollegiate athletics to promote character development of participants, to enhance the integrity of higher education and to promote civility in society, student-athletes, coaches, and all others associated with these athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, and responsibility. These values should be manifest not only in athletics participation but also in the broad spectrum of activities affecting the athletics program.

# Athletic Department Awards

Post-season awards are given in each sport, and are announced and handed out by the team's coach.

**MacIntosh Award** (Presented in the Fall)

The Archibald MacIntosh Award is presented to the Haverford College sophomore who during their first year on campus emerged as the top scholar-athlete in their class. Sponsored by the Beta Rho Sigma Alumni/ae Society, the award honors "Archie Mac," class of 1921, who served the College as Coach, Director of Athletics, Professor of Psychology, Director of Admission, Vice-President and twice Acting President during his long tenure at Haverford.

**William W. Ambler '45 Award** (Presented in the Spring)

The award recipient will be the graduating senior varsity athlete with the highest cumulative grade-point average through seven semesters of college work on the list of nominees. Student-athletes will be nominated by coaches according to the following minimum criteria: four years participation in at least one sport, three years lettering in one sport, starting line-up status for some period of college athletic career, full involvement in and commitment to the team, on and off the field.

**Varsity Letter Blankets** (Presented during Senior Year)

Presented to Seniors as the principal recognition of their significant contribution to a varsity team or team(s).

1. The student-athlete must be a senior.
2. The student-athlete must have been a varsity squad member for at least three years (including senior year).
3. The student-athlete must be a good team citizen (cooperativeness, perseverance, leadership, etc.) as defined by the coach.

**Senior Athletic Department Awards** ( Presented at the year end athletic award ceremony)

**The Varsity Cup** – Haverford's highest athletic award, presented annually to the outstanding athlete in the senior class. The criteria used in selecting the Varsity Cup winner are "athletic accomplishments, sportsmanship, and leadership throughout their career."

**Gregory Kannerstein '63 Award** (formerly Alumni Varsity Club Award) - For the individual(s) whose combination of outstanding athletic achievement and leadership has been a significant factor in a team's competitive success and whose level of performance has brought distinction not only to the individual and team but also the entire athletic program.

**Stephen G. Cary '37 Award** – Formerly given for the most "outstanding dedication and achievement in women's athletics" at Haverford during the year just concluded, the Cary Award is now given to the senior(s) who have made the greatest overall impact on the Haverford athletic program during their college careers, through some combination of athletic participation and achievement, leadership, sportsmanship, off-field athletic department involvements, work within the department, or other athletically-related contributions.

**A.W. "Pop" Haddleton Award** – For perseverance, dedication, and loyalty, named in honor of A.W. "Pop" Haddleton, long-time track coach at Haverford. This Award may or may not be given in a specific year or it may be given to more than one senior. It recognizes an outstanding contribution to an athletic team by a person who epitomizes the qualities mentioned above and who has not received the recognition that, for example, a regular starting player does.

**Varsity Letters** (Presented at Graduation)

Graduating seniors receive certificates, noting letters won, along with their diplomas on Commencement Day. Each coach determines the criteria for letters on a given team.

## Evaluation Process

**Teams:**　　　At the conclusion of each season, team members will be asked to complete an evaluation form which should cover everything and anything in association with their team's season.  These evaluations will be collected by a representative of the Athletic Administration.  A summary will be compiled by the Athletic Director and given to the director of each area, i.e. head coach, athletic trainer, fitness director.  The evaluations themselves are confidential – only a summary is furnished to each area head.  Student Athletes are also invited to meet with the Athletic Director at any time to clarify their evaluations further.


**Captains:**　　Captains will meet with the Athletic Director to discuss their previous season.


**Seniors:**　　Seniors are welcome to meet in an informal session to give the Athletic Director feedback on their overall athletic experience at Haverford.  (In fact, the Director of Athletics has an open door policy and any member of a team is welcome to provide in person feedback at any time)

## Locker Rooms / Equipment / Laundry

Each team is assigned a locker room and keypad combination during traditional and, if applicable, non-traditional seasons.  The equipment manager will issue each student a laundry loop for the traditional and non-traditional seasons.  Student-athletes and head coaches are asked to maintain their locker rooms as neatly as possible and keep all clothing and equipment off the floors out of respect for the staff members who must clean them each day.  Practice and game gear is laundered after each use.  If practice gear is unable to be laundered by the Equipment Manager, the equipment manager will notify captains and coaches of those respective teams. Each team is assigned a labeled laundry bin, which will be placed outside the laundry room when dirty and returned to outside the locker rooms across from the laundry room when clean. Student-athletes are responsible for any equipment issued to them.  Each student-athlete is required to return issued equipment within one week after the season is completed. Failure to comply will result in charges to the college bill.

## Meals and Travel

If students are missing meals due to late practices or to problems at the Dining Center, please see the head coach or the Director of Athletics immediately. However, if an athlete is late for a meal because of failure to get to the Dining Center in a reasonable time after a game or practice, they cannot expect a meal will be served or reimbursement provided.

As a general policy, the College will provide for each meal during travel time or practice times when College meals are not provided. Provision for meals is left to the coaches' discretion by distributing individual meal money, pooling team funds for group purchases or using boxed meals from the ding services.

Haverford College teams travel by bus to any event beyond 50 miles.  Vans and/or cars are used to transport athletes to and from local competition and/or practice sites.  Team members are expected to travel with the team to and from all competition and practice sites.  Under extenuating circumstances, team members with prior permission from the Head Coach and Athletic Director, a signed waiver(***available on athletic web site under Student-Athlete Resources***) and a written communication from a parent/legal guardian can use alternate transportation to or from a competition or practice site.  Written permission from a parent/legal guardian must be received by the Head Coach and Athletic Director 24 hours prior to the date of competition.

While traveling, student-athletes are reminded that they are representatives of Haverford College and are expected to behave accordingly.  Haverford athletes on trips are to dress and act in ways befitting representatives of the College. They should remember that coaches and teammates as well as the athletic program and College are judged by their attire and behavior. Each team and coach may work out the exact nature of dress suggested or required.

Haverford believes that an overnight trip, often to another region, is an important athletic and educational experience, and hopes each athlete/team can take such a trip during a season and/or four year rotation.  Players on the team are asked to contribute travel costs and usually participate in various fund-raising projects to defray other costs not met by the team's budget. Special financial arrangements can be made through the Director of Athletics if a personal financial situation would make such a trip impossible for anyone.

**Fan Buses:**  in order to encourage support for fellow athletes, the Athletic Department provides fan buses for some post season athletic contests when there is demonstrated interest.  Anyone interested in organizing a fan bus for a post season contest should contact Jason Rash (jrash@haverford.edu) in the Athletic Office.  These buses are alcohol free and students are expected to represent Haverford accordingly.

# Multi Sport Participation

Haverford strongly encourages multi-sport participation.  Administrators, coaches and students work together to maintain clear lines of communication and to keep the demands at a level appropriate with strong academic performance.  However, students may play only one sport in a season, and should not begin practicing for an upcoming varsity season nor participate in a club and/or intramural season while the current varsity one continues, except by mutual agreement of the head coaches involved and the Director of Athletics.

We ask coaches of multi-sport athletes to stay in touch with each other and the student to support the student's interest in more than one sport and to protect the student from conflicting pressures from different coaches. To assure a supportive atmosphere for multi-sport athletes, trust between students and coaches and guidelines well-understood by all concerned are crucial. Among the most important such guidelines are:

1. A student who has participated in two sports should not leave one of those teams to participate in the other sport's non-traditional season without full and timely consultation with all coaches involved.

2. Coaches are not to "recruit" students who play one sport to join another team if that means giving up the first sport. If the student wishes to explore that possibility, they should take the initiative to contact both coaches involved, who then also should discuss the situation among themselves.

3. Any head coach approached by a student who wishes to give up another sport to join their team has a professional and ethical responsibility to ask the student to inform the coach of the other team or, if the student does not follow through, to do so themself.

4. Coaches are not to pressure a multi-sport athlete in their sport into giving up another sport(s). Nor should coaches penalize a player because they participate in another sport.

5. If a student wishes to leave a team on which they have played in previous years or for which they have been recruited, the students should notify the coach in a timely fashion.

The athletic department cannot and would not want to force a student to play a sport, but students should realize that it is unfair to coaches and teammates to disrupt plans by late withdrawals after a previous commitment to participate.  Any costs associated with such late withdrawals (i.e. plane ticket) are the responsibility of the student-athlete.  No student may join a different team for that season if withdrawal from a previous team is not made in a timely and professional manner.

## **Out of Season Participation**

The playing season consists of two segments: the traditional and the non-traditional season.  The traditional segment of the playing season concludes with the NCAA championship in the sport.  The remaining portion of the playing season is known as the non-traditional segment.

## **School Year**

Any practice or competition during the academic year, including published vacation, holiday, and final examination periods, shall be counted as part of the playing season.

Under the NCAA rules, an athletic activity is considered voluntary if, and only if, the following conditions are met:

(a) The student-athlete does not have to report back to a coach or other athletics department staff member (e.g., strength coach, trainer, manager) with any activity-related information.  In addition, no athletics department staff member who observes the activity (e.g., strength coach, trainer, manager) may report back to the student-athlete's coach any information related to the activity;

(b) The activity must be initiated solely by the student-athlete. Neither the institution nor any athletics department staff member may require the student-athlete to participate in the activity at any time;

(c) The student-athlete's attendance and participation in the activity (or lack thereof) may not be recorded for the purposes of reporting such information to coaching staff members or other student-athletes; and

(d) The student-athlete may not be subjected to penalty if they elect not to participate in the activity. In addition, neither the institution nor any athletics department staff member may provide recognition or incentives (e.g., awards) to a student-athlete based on their attendance or performance in the activity.

## **Summer Leagues**

Student-athletes and members of the coaching staff may not engage in athletically related activities together outside the institution's declared playing season.   Any practice that is organized or financially supported by the college is prohibited during the summer unless specifically authorized, such as a foreign tour. No member of the coaching staff may be involved in any capacity, as a coach, official, player, or league administrator at any time with an outside team that involves any student-athlete with remaining eligibility from that institution's team.  However, a coach or staff member may observe an enrolled student-athlete in an organized competition, such as a summer league game, if the coach refrains from directing or supervising the activity.