IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff,<br><br>v.<br><br>HAVERFORD COLLEGE,<br><br>COACH 1,<br><br>CAPTAIN A, and<br><br>STUDENT 1<br><br>Defendants. | CIVIL ACTION NO.<br><br>No. 2:23-cv-00299-GAM |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2023, after consideration of Defendant Haverford College and Coach 1's Motion to Dismiss Plaintiff's First Amended Complaint, and any response thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff John Doe's claims against Defendants Haverford College and Coach 1 are **DISMISSED WITH PREJUDICE** in their entirety.

**BY THE COURT:**

_____
Hon. Gerald A. McHugh