IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | CIVIL ACTION NO. |
| Plaintiff, | No. 2:23-cv-00299-GAM |
| v. | |
| HAVERFORD COLLEGE, | |
| COACH 1, | |
| CAPTAIN A, and | |
| STUDENT 1 | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT HAVERFORD COLLEGE**

Please check one box:

☑  The nongovernmental corporate party, Haverford College, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

April 12, 2023

/s/*Joshua W. B. Richards*
Joshua W. B. Richards
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania  19102
(215) 972-7737
joshua.richards@saul.com

*Attorney for Haverford College*

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)  WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% more of its stock or states that there is no such corporation.

    (b)  TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:

        (1)  file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and

        (2)  promptly file a supplemental statement upon any change in the information that the statement requires.

## CERTIFICATE OF SERVICE

I, Joshua W. B. Richards, certify that on this date I filed via the ECF system a true and correct copy of the foregoing Corporate Disclosure Statement, which constitutes valid service on the following registered users:

| | |
|---|---|
| Patricia M. Hamill, Esquire<br>Clark Hill<br>Two Commerce Square<br>2001 Market Street, Suite 2620<br>Philadelphia, PA 19103<br>phamill@clarkhill.com<br><br>*Attorney for Plaintiff John Doe* | Andrew S. Gallinaro, Esquire<br>Clark Hill<br>Two Commerce Square<br>2001 Market Street, Suite 2620<br>Philadelphia, PA 19103<br>agallinaro@clarkhill.com<br><br>*Attorney for Plaintiff John Doe* |

Date: April 12, 2023

s/ *Joshua W. B. Richards*
Joshua W. B. Richards/204315
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7737
Joshua.Richards@saul.com

*Attorney for Haverford College*