# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JOHN DOE | : Civil Action No.: 23-299 |
| Plaintiff, | : |
| v. | : |
| HAVERFORD COLLEGE | : |
| Defendant. | : |

## JOINT STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO MOTION TO DISMISS

The parties in the above-captioned matter have conferred and agreed that, subject to this Court's approval, Plaintiff's may have until May 11, 2023 to respond to Defendant Haverford College and Coach 1's Motion to Dismiss [ECF No. 30]. The parties further agree that Haverford may file its Reply by May 25, 2023.

| | |
|---|---|
| */s/ Joshua W.B. Richards* | */s/ Andrew S. Gallinaro* |
| Joshua W. B. Richards/204315 | Patricia M. Hamill (Pa. Id. No. 48416) |
| Levi R. Schy/329199 | Andrew S. Gallinaro (Pa. Id. No. 201326) |
| Saul Ewing LLP | Clark Hill |
| Centre Square West | Two Commerce Square, 2001 Market Street, |
| 1500 Market Street, 38th Floor | Suite 2620, Philadelphia, PA 19103 |
| Philadelphia, PA 19102 | (t) (215) 864-9600 |
| (215) 972-7737 (Richards) | (f) (215) 864-9620 |
| (215) 972-7803 (Schy) | (e) phamill@clarkhill.com |
| Joshua.Richards@saul.com | agallinaro@clarkhill.com |
| Levi.Schy@saul.com | *Attorneys for Plaintiff John Doe* |
| *Attorneys for Haverford Defendant and Coach 1* | |

Approved by:

_____
Hon. Gerald A. McHugh

ClarkHill\L7233\459349\271290225.v1-4/14/23