**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **JOHN DOE** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO.:  2:23-cv-00299-GAM |
| v. | : | |
| | : | |
| **HAVERFORD COLLEGE, COACH 1,** | : | |
| **CAPTAIN A, AND STUDENT 1** | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

_____

## APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record:


        I am admitted or otherwise authorized to practice in this court and I appear in this case

for Defendant Student 1.



**THE LAW OFFICES OF KEVIN M. SIEGEL**
One Greentree Centre
10,000 Lincoln Drive East – Suite 201
Marlton, NJ 08053
PA Atty ID 75548
PHONE   (856) 988-5520
FAX     (856) 504-0140
EMAIL   Kevin@KMSLawGroup.com


Date:   April 21, 2023          By:     ___/s/ Kevin M. Siegel_____
                                        KEVIN M. SIEGEL, ESQUIRE
                                        Attorney for Defendant Student 1