# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-299 |
| | : | |
| **HAVERFORD COLLEGE, ET AL.** | : | |

# ORDER

This 2nd day of June, 2023, it is hereby **ORDERED** that Defendant Captain A is **GRANTED** a 30 day extension of time to file a response to Plaintiff's Amended Complaint.

          /s/ Gerald Austin McHugh
          United States District Judge