# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Civil Action No.: 2:23-cv-00299-GAM |
| : | |
| **HAVERFORD COLLEGE,** : | |
| **COACH 1, CAPTAIN A, and** : | |
| **STUDENT 1,** : | |
| : | |
| **Defendants.** : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Joseph P. McCool of Montgomery McCracken Walker & Rhoads LLP, as counsel on behalf of Defendant Captain A.

Respectfully submitted,

Date: June 13, 2023

JOSEPH P. McCOOL
Attorney I.D. #206593
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA  19103
215-772-7232
Fax:  215-772-7620
jmccool@mmwr.com

*Attorney for Defendant Captain A*

## CERTIFICATE OF SERVICE

     I, Joseph P. McCool, hereby certify that on the 13th day of June, 2023, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of same to be served upon all counsel of record via electronic filing.

Date: June 13, 2023

                                      Joseph P. McCool