UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE** : | CIVIL ACTION |
| : | |
| Plaintiff, : | CASE NO.: 2:23-cv-00299-GAM |
| v. : | |
| : | |
| **HAVERFORD COLLEGE, COACH 1,** : | |
| **CAPTAIN A, AND STUDENT 1** : | **JURY TRIAL DEMANDED** |
| : | |
| Defendants. : | |

### ANSWER, OF DEFENDANT STUDENT 1 TO
### CROSSCLAIM OF CAPTAIN A

Defendant Student 1, by and through her attorney, Kevin M. Siegel, Esquire, hereby answers the crossclaim asserted against her by Captain A as follows:

1. Defendant Student 1 incorporates all her responses to Plaintiff's Complaint as though fully set forth at length herein.

2. Denied. The averments of this paragraph are denied as conclusions of law.

3. Denied. The averments of this paragraph are denied as conclusions of law.

**WHEREFORE**, answering defendant respectfully requests this Honorable Court dismiss Plaintiff's claims with prejudice and enter judgment in favor of Defendant Student 1 and against Plaintiff together with attorney' fees, costs and such other further relief as this Court deems equitable and just. Furthermore, answering defendant denies that she liable on Plaintiff's causes of action and denies she is liable over to Captain A on his cross-claim and avers that co-defendants Haverford College, COACH 1 and/or CAPTAIN A are solely liable to plaintiff and/or jointly and/or severally liable or are liable over to answering defendant on plaintiff's causes of action or are liable over to answering defendant by way of contribution and indemnity.

Respectfully submitted,

**THE LAW OFFICES OF KEVIN M. SIEGEL**
One Greentree Centre
10,000 Lincoln Drive East – Suite 201
Marlton, NJ 08053
PA Atty ID 75548
PHONE   (856) 988-5520
FAX        (856) 504-0140
EMAIL    Kevin@KMSLawGroup.com

Date:   July 5, 2023            By:        ___/s/ Kevin M. Siegel_____
                                            KEVIN M. SIEGEL, ESQUIRE
                                            Attorney for Defendant Student 1

## CERTIFICATE OF SERVICE

I, Kevin M. Siegel, Esquire, hereby certify that I have caused a true and correct copy of the foregoing Answer of Defendant Student 1 to the crossclaim of Captain A to be served via the court's electronic filing system to the undersigned who are a registered users of the system and will receive a copy of the filing directly from the Court:

Patricia M. Hamill, Esquire
Andrew S. Gallinaro, Esquire
Clark Hill
Two Commerce Square, 2001 Market Street
Suite 2620
Philadelphia, PA 19103

Josh W.B. Richards, Esquire
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Joseph McCool, Esquire
**MONTGOMERY MCCRACKEN WALKER & RHOADS**
1735 Market Street, 19th Floor
Philadelphia, PA 19103


Date:  07/05/2023            By:        /s/ Kevin M. Siegel
                                        KEVIN M. SIEGEL, ESQUIRE