IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>    **Plaintiff,**<br><br>  v.<br><br>HAVERFORD COLLEGE,<br>COACH 1,<br>CAPTAIN A, AND<br>STUDENT 1,<br><br>    **Defendants.** | CIVIL ACTION NO. 2:23-cv-00299-GAM<br><br>JURY TRIAL DEMANDED |

### DEFENDANT CAPTAIN A'S ANSWER TO CROSSCLAIM OF STUDENT 1

Defendant Captain A, by and through his attorney, Joseph McCool, hereby answers the crossclaim asserted against him by Student 1 as follows:

1. Defendant Captain A incorporates all his responses to Plaintiff's Amended Complaint as though fully set forth at length herein.

2. Denied. The averments of this paragraph are denied as conclusions of law.

3. Denied. The averments of this paragraph are denied as conclusions of law.

**WHEREFORE**, Answering Defendant respectfully requests this Honorable Court dismiss Plaintiff's claims with prejudice and enter judgment in favor of Defendant Captain A and against Plaintiff together with attorney' fees, costs and such other further relief as this Court deems equitable and just. Furthermore, Answering Defendant denies that he is liable on Plaintiff's causes of action and denies he is liable over to Student 1 on her cross-claim and avers that co-defendants Haverford College, Coach 1 and/or Student 1 are solely liable to Plaintiff and/or jointly and/or severally liable or are liable over to Answering Defendant on Plaintiff's

causes of action or are liable over to Answering Defendant by way of contribution and indemnity.

Dated:  July 18, 2023                                    Respectfully submitted,

        **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

By:  */s/ Joseph McCool*
     PA ID. No. 206593
     1735 Market Street, 19th Floor
     Philadelphia, PA 19103
     (215) 772-1500
     Email: jmccool@mmwr.com

*Attorneys for Defendant Captain A*

## **CERTIFICATE OF SERVICE**

I, Joseph McCool, certify that I electronically filed the foregoing Defendant Captain A's Answer to Crossclaim of Student 1 with the Clerk of Court via CM/ECF, which will automatically send notification of such filing to all counsel of record:

Patricia M. Hamill, Esquire
Andrew S. Gallinaro, Esquire
Clark Hill
Two Commerce Square, 2001 Market Street
Suite 2620
Philadelphia, PA 19103

Josh W.B. Richards, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Kevin M. Siegel, Esquire
The Law Offices of Kevin M. Siegel
One Greentree Centre
10,000 Lincoln Drive East – Suite 201
Marlton, NJ 08053

Date: July 18, 2023         */s/     Joseph McCool*
                            Joseph McCool

                            *Counsel for Defendant Captain A*