IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, : | | |
| Plaintiff, : | | CIVIL ACTION |
| v. : | | No. 23-299 |
| : | | |
| HAVERFORD COLLEGE et al., : | | |
| Defendants. : | | |

### ORDER

This 7th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants Haverford College and Coach 1's Motion to Dismiss (ECF 30) is **GRANTED** in part and **DENIED** in part, as follows:

1. As to Plaintiff's claims against Haverford College under Title IX (Count II), for false light (Count III), and for intentional infliction of emotional distress (Count IV), and as to Plaintiff's claims against Coach 1 for false light (Count III) and intentional infliction of emotional distress (Count IV), the Motion is **GRANTED**, and these claims are **DISMISSED with prejudice**.

2. Defendant's request to strike Plaintiff's request for injunctive relief is **GRANTED.**

3. As to Plaintiff's claims for breach of contract against Haverford College (Count I) and defamation against Coach 1 (Count V), the Motion is **DENIED.**

   /s/ Gerald Austin McHugh
United States District Judge