## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,  Plaintiff, vs. HAVERFORD COLLEGE, COACH 1, CAPTAIN A and STUDENT 1,  Defendants. | Civil Action No.: 23-299 |

## **WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew S. Gallinaro hereby submits his withdrawal of appearance as counsel of record for plaintiff John Doe in connection with the above-captioned matter.

I therefore respectfully request that my name and email address be removed from the official docket and service list.

                                                  *s/Andrew S. Gallinaro*
                                                  Andrew S. Gallinaro, Esquire
                                                  Clark Hill PLC
                                                  Two Commerce Square
                                                  2001 Market Street, Suite 2620
                                                  Philadelphia, PA 19103
                                                  (215) 640-8500
                                                  agallinaro@clarkhill.com

## **CERTIFICATE OF SERVICE**

    I, Andrew S. Gallinaro, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be electronically filed pursuant to the Court's electronic court filing system, and that the document is available for downloading and viewing from the electronic court filing system.

Dated: August 9, 2023                 *s/ Andrew S. Gallinaro*
                                               Andrew S. Gallinaro, Esquire