UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br><br>    Plaintiff,<br>v.<br><br>HAVERFORD COLLEGE,<br><br>COACH 1,<br><br>CAPTAIN A, and<br><br>STUDENT 1<br><br>    Defendants. | : Civil Action No.: 23-299<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan Z. Cohen hereby submits his entry of appearance as counsel of record for Plaintiff John Doe in connection with the above-captioned matter.

I therefore respectfully request that my name and email address be added to the official docket and service list.

                                                *s/Jonathan Z. Cohen*
                                                Jonathan Z. Cohen, Esq.
                                                I.D. #205941
                                                Clark Hill PLC
                                                Two Commerce Square
                                                2001 Market Street, Suite 2620
                                                Philadelphia, PA 19103
                                                (215) 422-4426
                                                jcohen@clarkhill.com

**CERTIFICATE OF SERVICE**

    I, Jonathan Z. Cohen, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed pursuant to the Court's electronic filing system, and that the document is available for downloading and viewing from the electronic filing system.

Dated: August 9, 2023                 *s/ Jonathan Z. Cohen*
                                                Jonathan Z. Cohen, Esq.