IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE | : CIVIL ACTION NO. |
| Plaintiff, | : No. 2:23-cv-00299-GAM |
| v. | : |
| HAVERFORD COLLEGE, | : |
| COACH 1, | : |
| CAPTAIN A, and | : |
| STUDENT 1 | : |
| Defendants. | : |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR HAVERFORD COLLEGE AND COACH 1 TO FILE ANSWER TO AMENDED COMPLAINT**

Defendants Haverford College and Coach 1 (collectively the "Haverford Defendants") and Plaintiff in the above-captioned matter have conferred and agree that, subject to this Court's approval, the Haverford Defendants may have until September 5, 2023 to answer the Amended Complaint.

*/s/ Joshua W.B. Richards*
Joshua W. B. Richards/204315
Levi R. Schy/329199
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7737 (Richards)
(215) 972-7803 (Schy)
Joshua.Richards@saul.com

*/s/ Patricia M. Hamill*
Patricia M. Hamill (Pa. Id. No. 48416)
Jonathan Z. Cohen (Pa. Id. No. 205941)
Clark Hill
Two Commerce Square, 2001 Market Street,
Suite 2620, Philadelphia, PA 19103
(t) (215) 864-9600
(f) (215) 864-9620
(e) phamill@clarkhill.com
    jcohen@clarkhill.com

Levi.Schy@saul.com  *Attorneys for Plaintiff John Doe*
*Attorneys for Haverford Defendants*

Approved by:

/s/ Gerald Austin McHugh
_____
Hon. Gerald A. McHugh

8/10/23