IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-299 |
| | : | |
| HAVERFORD COLLEGE, ET AL. | : | |

## ORDER

This 13th day of October, 2023, it is hereby **ORDERED** that the Rule 16 conference previously scheduled for Tuesday, November 14, 2023, is **RESCHEDULED** for Thursday, **November 16, 2023**, at **10:30 a.m.** The conference will be held in Chambers, Room 9613, of the United States Courthouse, 601 Market Street, Philadelphia, PA. As outlined in the initial Notice of Pretrial Conference, **lead trial counsel is required to be present**. The Report of Rule 26(f) Meeting is due five (5) days before the Conference.

         /s/ Gerald Austin McHugh
    United States District Judge