IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | Civil Action No.: 23-299 |
|       Plaintiff, | |
| v. | |
| HAVERFORD COLLEGE et al., | |
|       Defendants. | |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT HAVERFORD COLLEGE'S MOTION TO COMPEL RESPONSE TO NON-PARTY SUBPOENAS**

Plaintiff John Doe and Defendant Haverford College have conferred and agree that, subject to this Court's approval, Plaintiff may have until February 12, 2024 to respond to Defendant Haverford College's Motion to Compel Response to Non-Party Subpoenas (Doc. 63).

| | |
|---|---|
| /s/ Joshua W.B. Richards | /s/ Jonathan Z. Cohen |
| Joshua W. B. Richards/204315 | Patricia M. Hamill (Pa. Id. No. 48416) |
| Levi R. Schy/329199 | Jonathan Z. Cohen (Pa. Id. No. 201326) |
| Saul Ewing LLP | Clark Hill PLC |
| Centre Square West | Two Commerce Square, 2001 Market Street, |
| 1500 Market Street, 38th Floor | Suite 2620, Philadelphia, PA 19103 |
| Philadelphia, PA 19102 | (t) (215) 640-8500 |
| (215) 972-7737 (Richards) | (f) (215) 640-8501 |
| (215) 972-7803 (Schy) | (e) phamill@clarkhill.com |
| Joshua.Richards@saul.com |    jcohen@clarkhill.com |
| Levi.Schy@saul.com | *Attorneys for Plaintiff John Doe* |
| *Attorneys for Defendant Haverford College* | |

Date: January 29, 2024

                            Approved by:

                             /s/ Gerald Austin McHugh
                             Hon. Gerald Austin McHugh