IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | )  Civil Action No.: 23-cv-00299-GAM |
| | ) |
| vs. | ) |
| | ) |
| HAVERFORD COLLEGE et al. | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2024, after consideration of Defendant Haverford College's Motion to Compel Response to Non-Party Subpoenas, and any response thereto, it is **ORDERED** that the Motion is **GRANTED**.

Jane Doe and Robert Doe's privilege and other related objections to the College's subpoenas are **STRICKEN**. Jane and Robert Doe shall, within fourteen (14) days of the date of this Order, produce all documents responsive to the Subpoenas.

**BY THE COURT:**

_____
Hon. Gerald A. McHugh