# Exhibit D

November 22, 2023 Email

## Schy, Levi R.

| | |
|---|---|
| **From:** | Hamill, Patricia <phamill@ClarkHill.com> |
| **Sent:** | Wednesday, November 22, 2023 11:57 AM |
| **To:** | Schy, Levi R. |
| **Cc:** | Cohen, Jonathan Z.; McCool, Joseph P.; Kevin Siegel; Richards, Joshua W. B. |
| **Subject:** | Re: Doe v. Haverford College 2:23-00299-GAM, Notice of Intent to Serve Subpoenas |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; 51382801-v1-2023.11.22 - Haverford_Doe - Notice and Subpoena of Robert Doe (███████).pdf; 51382800-v1-2023.11.22 - Haverford_Doe - Notice and Subpoena of Jane Doe (████████).pdf |

Dear Levi, we will accept service for both.

Thank you.

Patricia

**Patricia M. Hamill**
**Member**
**Clark Hill**
Two Commerce Square, 2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215-864-8071 (office) | +1 215-421-2795 (cell) |
phamill@clarkhill.com | www.clarkhill.com
Visit our Title IX and Campus Disciplinary website

> On Nov 22, 2023, at 11:46 AM, Schy, Levi R. <levi.schy@saul.com> wrote:
>
> **[External Message]**
>
> ---
>
> Counsel,
>
> Please see the attached Notices of Intent to Serve Subpoenas on ████████ (Jane Doe) and ████ ████ (Robert Doe). The attached subpoenas will be personally served on their respective recipients.
>
> Thanks very much,
>
> **Levi R. Schy**
> Associate
> **SAUL EWING LLP** | Philadelphia
> **Office:** (215) 972-7803
>
> ---
>
> From: Cohen, Jonathan Z. <jcohen@ClarkHill.com>
> Sent: Monday, November 20, 2023 1:37 PM
> To: Schy, Levi R. <levi.schy@saul.com>; Hamill, Patricia <phamill@ClarkHill.com>
> Cc: McCool, Joseph P. <JMcCool@mmwr.com>; Kevin Siegel <kevin@KMSLawGroup.com>; Richards, Joshua W. B. <Joshua.Richards@saul.com>

**Subject:** RE: Doe v. Haverford College 2:23-00299-GAM, Discovery Service and Proposed Confidentiality Agreement and Protective Order

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**


Hi Levi,

Patricia will not be available until tomorrow. We will get back to you tomorrow with an answer regarding the subpoenas.

Thank you,
Jonathan

**Jonathan Z. Cohen**
Senior Attorney
**Clark Hill**
Two Commerce Square, 2001 Market Street, Suite 2620, Philadelphia, PA 19103
+1 215.422.4426 (office) | +1 215.901.7521 (cell) | +1 215.640.8501 (fax)
jcohen@clarkhill.com | www.clarkhill.com

---

**From:** Schy, Levi R. <levi.schy@saul.com>
**Sent:** Monday, November 20, 2023 1:19 PM
**To:** Hamill, Patricia <phamill@ClarkHill.com>; Cohen, Jonathan Z. <jcohen@ClarkHill.com>
**Cc:** McCool, Joseph P. <JMcCool@mmwr.com>; Kevin Siegel <kevin@KMSLawGroup.com>; Richards, Joshua W. B. <Joshua.Richards@saul.com>
**Subject:** RE: Doe v. Haverford College 2:23-00299-GAM, Discovery Service and Proposed Confidentiality Agreement and Protective Order

**[External Message]**

---

Jonathan, we received an out-of-office reply from Patricia. Kindly advise whether you and/or Patricia agree to accept service of subpoenas on behalf of ▮▮▮▮▮ and ▮▮▮▮▮, or whether we should have them personally served?

> **Levi R. Schy**
> Associate
> **SAUL EWING LLP** | Philadelphia
> **Office:** (215) 972-7803

---

**From:** Schy, Levi R.
**Sent:** Monday, November 20, 2023 12:52 PM
**To:** Hamill, Patricia <phamill@ClarkHill.com>; Cohen, Jonathan Z. <jcohen@ClarkHill.com>
**Cc:** McCool, Joseph P. <JMcCool@mmwr.com>; Kevin Siegel <kevin@KMSLawGroup.com>; Richards, Joshua W. B. <joshua.richards@saul.com>
**Subject:** Doe v. Haverford College 2:23-00299-GAM, Discovery Service and Proposed Confidentiality Agreement and Protective Order

Counsel,

Please find attached a draft confidentiality agreement and protective order for your review and comment. Also attached is the Haverford Defendants' First Set of Requests for Production of Documents Directed to Plaintiff.

@Hamill, Patricia, we intend to serve subpoenas for production of documents on Plaintiff's parents, ████ and ████ Can you please advise whether you agree to accept service of subpoenas on behalf of ████ and ████ or whether we should have them personally served?

Thanks very much,

**Levi R. Schy**
Associate

(215) 972-7803

levi.schy@saul.com

**Read my bio >>**

Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~+