IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-299** |
| | : | |
| **HAVERFORD COLLEGE, ET AL.** | : | |

### ORDER

This 5th day of February, 2024, it is hereby **ORDERED** that Defendants' Joint Motion for Expedited Relief for Additional Time to Depose Plaintiff (ECF 60) is **DENIED** as premature without prejudice to resubmission if seven hours proves inadequate to complete the deposition of Plaintiff.[1]

/s/ Gerald Austin McHugh
United States District Judge

---

[1] The Court notes the pendency of another discovery motion, ECF 63, and a reference from Plaintiff's counsel about the need for a protective order in advance of Plaintiff's deposition. *See* ECF 67 at 3, n.1. Discovery motions distract judges from matters of substantive importance. Counsel are once again referred to the Court's Guidelines, specifically the American College of Trial Lawyers Code of Pretrial Conduct, and reminded of the Court's expectation that discovery proceed in an orderly fashion with a minimum of motion practice.