IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br>　　Plaintiff,<br><br>　　v.<br><br>HAVERFORD COLLEGE, et al.,<br>　　Defendants. | CIVIL ACTION NO. 2:23-cv-299-GAM |

### DEFENDANT CAPTAIN A'S STATEMENT OF POSITION RE INTERVENING STUDENT DOE'S MOTION FOR PROTECTIVE ORDER

Defendant Captain A ("Captain A"), by and through undersigned counsel, hereby joins in and concurs with Defendant Haverford College's Statement of Position Re Intervening Student Doe's Motion for Protective Order (Doc. No. 79).

Dated:   February 21, 2024

　　　　　　　　　　　　　　　　　　**MONTGOMERY, MCCRACKEN, WALKER**
　　　　　　　　　　　　　　　　　　**　& RHOADS, LLP**


　　　　　　　　　　　　　　　　　　By: */s/ Joseph McCool*
　　　　　　　　　　　　　　　　　　　　Joseph McCool, Esquire
　　　　　　　　　　　　　　　　　　　　PA ID. No. 206593
　　　　　　　　　　　　　　　　　　　　1735 Market Street, 19th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(215) 772-1500
　　　　　　　　　　　　　　　　　　　　Email: jmccool@mmwr.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Captain A*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2024, I electronically filed the foregoing Defendant Captain A's Statement of Position Re Intervening Student Doe's Motion for a Protective Order with the Clerk of Court via CM/ECF, which will automatically send notification of such filing to all counsel of record.

Date: February 21, 2024              */s/      Joseph McCool*
                                      Joseph McCool

                                      *Counsel for Defendant Captain A*