IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:23-cv-00299-GAM |
| HAVERFORD COLLEGE et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 27th day of February 2024, upon consideration of the Motion to Seal Document by Plaintiff and Non-Parties "Robert Doe" and "Jane Doe" (the "Motion") filed on February 27, 2024, and any response in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **ORDERED** to **SEAL** the document docketed as ECF 86.

BY THE COURT:

/s/ Gerald Austin McHugh
UNITED STATES DISTRICT JUDGE