IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-299 |
| | : | |
| **HAVERFORD COLLEGE, ET AL.** | : | |

### ORDER

This 27th day of February, 2024, as a preliminary step toward resolution of Intervening Student Doe's Motion for Protective Order and *In Camera* Hearing (ECF 69), it is hereby **ORDERED** that Defendant Haverford College shall submit via email,[1] to the Court only, the unredacted records at issue. Following initial review, the Court will further address the motion.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Haverford shall submit the unredacted records via email as an attached PDF to Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov. If Haverford wishes to use an alternate method of delivery, it shall contact Chambers to seek the Court's approval of an alternative method of delivery.