**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE** : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-299** |
| : | |
| **HAVERFORD COLLEGE, ET AL.** : | |

**ORDER**

This 21st day of March, 2024, it is hereby **ORDERED** that a conference call is scheduled for Tuesday, **March 26, 2024**, at **4:00 p.m.**  Call-in information will be emailed to counsel.

/s/ Gerald Austin McHugh
United States District Judge