**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | )   No.: 2:23-cv-00299-GAM |
| vs. | ) |
| | ) |
| HAVERFORD COLLEGE et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT STUDENT 1 BY PLAINTIFF**

Plaintiff hereby requests, under Fed. R. Civ. P. 41(a)(2) and Local Rule 41.1(b), the dismissal of all claims against Defendant Student 1, with prejudice, pursuant to a settlement agreement between these parties.

Respectfully submitted,

**CLARK HILL PLC**

*s/ Jonathan Z. Cohen*
Patricia M. Hamill/48416
Jonathan Z. Cohen/205941
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 864-8071 (Hamill)
(215) 422-4426 (Cohen)
phamill@clarkhill.com
jcohen@clarkhill.com

Date: June 13, 2024

SO ORDERED,

_____
Hon. Gerald Austin McHugh
U.S. District Judge

Date: June __, 2024

## **CERTIFICATE OF SERVICE**

I, Jonathan Z. Cohen, hereby certify that on the date set forth below, the foregoing document will be filed electronically and made available for viewing and downloading from the ECF System. Service will be made electronically on the following persons:

Patricia M. Hamill
phamill@clarkhill.com

Joseph P. McCool
jmccool.law@gmail.com

Joshua W.B. Richards
joshua.richards@saul.com

Levi R. Schy
levi.schy@saul.com

Kevin M. Siegel
kevin@kmslawgroup.com

Mark D. Schwartz
MarkSchwartz6814@gmail.com

                                            *s/ Jonathan Z. Cohen*
                                            Jonathan Z. Cohen, Esq.

Date: June 13, 2024