# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE** : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-299** |
| : | |
| **HAVERFORD COLLEGE, ET AL.** : | |

## **ORDER**

This 12th day of November, 2024, upon consideration of Plaintiff's unopposed Motion to Modify (ECF 109) this Court's order dismissing the action with prejudice (ECF 108), it is hereby **ORDERED** that the Motion is **GRANTED** pursuant to Local Rule of Civil Procedure 41.1(b). The Clerk is **REQUESTED** to amend the July 26, 2024 order (ECF 108) by adding the following language: "This Court shall retain jurisdiction for purposes of enforcing the terms of the settlement agreement between Plaintiff and Defendant Captain A."

                                                        /s/ Gerald Austin McHugh
                                                        United States District Judge